IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FREDRICK HORN #1864022 | § | CIVIL ACTION NO. 6:17cv82 |
| VS. | § | DISTRICT JUDGE: JANE TRICHE MILAZZO |
| DIRECTOR, TDCJ-CID | § | MAGISTRATE JUDGE: MICHAEL B. NORTH |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Fredrick Horn for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

**SO ORDERED AND SIGNED** this 15th day of December, 2017.

JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**